LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants Francis Soriano and Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>    Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>    Defendants. | Case No.:  2:24-cv-00125-ART-DJA<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINE** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Francis Soriano (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Jose Villanueva, acting pro se, stipulate and agree to extend the current deadline for initial expert disclosures by 45 days, from April 4, 2025, to May 19, 2025, for the reasons stated below:

(1) On March 7, 2025, the Court issued a Scheduling Order, (ECF No. 19), creating a 90-day discovery plan.

(2) The Order set June 5, 2025, as the cutoff date for discovery.

(3) Based on this cutoff date and this Court's Local Rules, the current initial expert disclosure deadline is April 4, 2025.

(4) Good cause exists to extend this initial expert disclosure deadline based on the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3946200_1.docx 6943.326

Page 1 of 2

specific circumstances of this case. Specifically, Plaintiff is acting pro se and detained in a facility outside of Las Vegas. So his ability to exchange relevant records in his possession requires mailing, which can take 3-5 days to get to LVMPD Defendants' counsel from the date he provides them to his facility's officials. This slower process prevents the parties from having enough time to exchange relevant records now that discovery began on March 7, 2025, review those records, engage in written discovery requests, then provide a comprehensive collection of information to a potential expert for analysis and drafting of a report by April 4, 2025. Additionally, LVMPD Defendants intend to take a deposition of Plaintiff based on records disclosed at the start of discovery and preliminary written discovery requests, which may impact an expert's report and conclusions.

In order to efficiently move this case forward through discovery and ensure any retained expert has comprehensive records before incurring expenses to prepare a report, the parties stipulation and agree to extend the current expert disclosure deadline from April 4, 2025, to May 19, 2025.

Dated this 27th day of March, 2025.

/s/ Lyssa S. Anderson
LYSSA S. ANDERSON
(Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI
(Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for LVMPD Defendants**

Dated this 21st day of March, 2025.

Jose Villanueva
JOSE VILLANUEVA, #91673
Nevada Department of Corrections
P.O. Box 650
Indian Springs, Nevada 89070
**Plaintiff, Pro Se**

**IT IS SO ORDERED.**

Dated this 28th day of March, 2025.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE