# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>　　　　　Defendants. | Case No.:   2:24-cv-00125-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY [ECF No. 34]**<br><br>*First Request* |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Francis Soriano (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Jose Villanueva, through his counsel, Breeden & Associates, agree and stipulate to extend LVMPD Defendants' deadline to file a Reply in support of the Motion to Dismiss, (ECF No. 34), from the current deadline of August 20, 2025, to August 29, 2025.  This is LVMPD Defendants' first request for an extension of this deadline.

This minimal extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports the extension based on LVMPD Defendants' counsel being out of the office

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.326

Page 1 of 2

for a pre-planned time that now overlaps with the ordinary briefing schedule.

DATED this 19th day of August, 2025.

| KAEMPFER CROWELL | BREEDEN & ASSOCIATES |
|---|---|
| /s/ Kristopher J. Kalkowski | /s/ Adam J. Breeden |
| LYSSA S. ANDERSON | ADAM J. BREEDEN |
| (Nevada Bar No. 5781) | (Nevada Bar No. 8768) |
| KRISTOPHER J. KALKOWSKI | ALYSSA N. PIRAINO |
| (Nevada Bar No. 14892) | (Nevada Bar No. 14601) |
| 1980 Festival Plaza Drive, Suite 650 | 7432 W. Sahara Ave., Ste. 101 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89117 |
| *Attorneys for Defendants Francis Soriano and Las Vegas Metropolitan Police Department* | *Counsel for Plaintiff* |

**IT IS SO ORDERED.**

Dated this 20th day of August, 2025.

_____
Anne R. Traum
United States District Court Judge

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.326

Page 2 of 2