LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants Francis Soriano and
Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00125-ART-DJA<br><br>**STIPULATION TO ALLOW DEPOSITION AFTER DISCOVERY CUTOFF DATE AND EXTEND DISPOSITIVE MOTIONS DEADLINE** |

　　　　Defendants Las Vegas Metropolitan Police Department and Francis Soriano (collectively "LVMPD Defendants") and Plaintiff Jose Villanueva stipulate and agree to allow LVMPD Defendants' counsel to conduct a deposition of Plaintiff after the October 1, 2025 close of discovery. The parties stipulate and agree that LVMPD Defendants' counsel shall have until October 22, 2025, to do so.

　　　　The parties also stipulate and agree to extend the deadline to file dispositive motions by thirty days after October 22, 2025. The current deadline is October 31, 2025. The extended deadline will be Friday, November 21, 2025.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.326

Page 1 of 4

I.   **DISCOVERY COMPLETED TO DATE**

The parties have served written discovery requests on each other, with Plaintiff's Motion for Protective Order pending before the Court. The parties have also completed initial disclosures of documents as well as several supplemental disclosures.

Further, the parties have completed depositions of Defendant Soriano and a representative of LVMPD in accord with Federal Rule of Civil Procedure 30(b)(6). LVMPD Defendants' counsel will be conducting a deposition of Plaintiff's expert on October 1, 2025; and Plaintiff's counsel will be conducting a deposition of a second representative of LVMPD in accord with Federal Rule of Civil Procedure 30(b)(6) on that same date.

The parties have served expert reports and rebuttal expert reports.

II.  **DISCOVERY YET TO BE COMPLETED**

LVMPD Defendants still need to conduct Plaintiff's deposition. For the reasons stated below, the parties stipulate and agree that good cause supports allowing this deposition after the current October 1, 2025 deadline to complete discovery.

III. **REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Good cause exists to allow the parties to conduct Plaintiff's deposition outside the discovery cutoff period based on delays associated with scheduling Plaintiff's deposition while in custody at a facility controlled by the Nevada Department of Corrections. The parties previously attempted to schedule Plaintiff's deposition within the discovery period—specifically, conducting the deposition on September 23–26, 29, or 30, 2025. However, Plaintiff's counsel did not receive a response from the Nevada Department of Corrections about Plaintiff's availability until September 22, 2025, in light of the Department's handling of other matters and what appeared to be disruptions due to a governmental cyber security incident. Accordingly, the parties then had to discuss substitute dates outside the discovery period for this lawsuit.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.326

Page 2 of 4

Plaintiff's deposition is currently scheduled for October 15, 2025. But, to ensure the parties have additional time if Plaintiff's facility must re-schedule the matter, the parties request that the Court allow until October 22, 2025, to conduct this deposition.

Moreover, good cause exists to extend the dispositive motions deadline by thirty days after October 22, 2025, in order for the parties to receive the transcript from Plaintiff's deposition and prepare dispositive motions afterward. The extended deadline will be November 21, 2025.

## IV.   PROPOSED EXTENDED DEADLINES

<u>Deadline to conduct Plaintiff's deposition</u>: October 22, 2025

<u>Deadline to file dispositive motions</u>: November 21, 2025

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

a) A statement specifying the discovery completed;

b) A specific description of the discovery that remains to be completed;

c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.326

Page 3 of 4

        d)  A proposed schedule for completing all discovery.

| KAEMPFER CROWELL | BREEDEN & ASSOCIATES |
|---|---|
| */s/ Lyssa S. Anderson* | */s/ Alyssa Piraino* |
| LYSSA S. ANDERSON | ADAM J. BREEDEN |
| Nevada Bar No. 5781 | Nevada Bar No. 8768 |
| KRISTOPHER J. KALKOWSKI | ALYSSA PIRAINO |
| Nevada Bar No. 14892 | Nevada Bar No. 14601 |
| 1980 Festival Plaza Drive, Suite 650 | 7432 W. Sahara Ave., Ste. 101 |
| Las Vegas, Nevada  89135 | Las Vegas, NV  89117 |
| ***Attorneys for Defendants Francis Soriano and Las Vegas Metropolitan Police Department*** | ph: (702) 819-7770 ***Counsel for Plaintiff*** |

**IT IS SO ORDERED.**

DATED: 10/2/2025

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.326

Page 4 of 4