1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
5  Fax:        (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com
   *Attorneys for Defendants Francis Soriano and*
7  *Las Vegas Metropolitan Police Department*

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 JOSE VILLANUEVA,                    Case No.:   2:24-cv-00125-ART-DJA

11         Plaintiff,                  **STIPULATION FOR EXTENSION OF
                                       TIME TO FILE REPLY**
12 vs.                                 **(First Request)**
                                       **ECF No. 44**
13 LAS VEGAS METROPOLITAN POLICE
   DEPARTMENT, et al.
14
           Defendants.

15         Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Francis Soriano

16 (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff

17 Jose Villanueva, through his counsel, Breeden & Associates, agree and stipulate to extend

18 LVMPD Defendants' deadline to file a Reply in support of the Motion to Compel, (ECF No. 44),

19 from the current deadline of November 7, 2025, to Friday, November 14, 2025.  This is LVMPD

20 Defendants' first request for an extension of this deadline.

21         This minimal extension arises in accord with District of Nevada Local Rule IA 6-1.

22 Good cause supports the extension based on LVMPD Defendants' counsel handling several

23 urgent matters in unrelated lawsuits that arose during the week.  The extension is sought in good

24 faith and not for purposes of delay.

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.326

Page 1 of 2

| | | |
|---|---|---|
| 1 | KAEMPFER CROWELL | BREEDEN & ASSOCIATES |
| 2 | /s/ Kristopher J. Kalkowski | /s/ Adam J. Breeden |
| | LYSSA S. ANDERSON | ADAM J. BREEDEN |
| 3 | (Nevada Bar No. 5781) | (Nevada Bar No. 8768) |
| | KRISTOPHER J. KALKOWSKI | ALYSSA N. PIRAINO |
| 4 | (Nevada Bar No. 14892) | (Nevada Bar No. 14601) |
| | 1980 Festival Plaza Drive, Suite 650 | 7432 W. Sahara Ave., Ste. 101 |
| 5 | Las Vegas, Nevada  89135 | Las Vegas, NV  89117 |
| 6 | *Attorneys for Defendants* | *Counsel for Plaintiff* |
| | *Francis Soriano and Las Vegas* | |
| 7 | *Metropolitan Police Department* | |

**IT IS SO ORDERED.**

Dated this 13 day of November, 2025.

_____
United States Magistrate Judge

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.326

Page 2 of 2