# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jose Villanueva, | Case No. 2:24-cv-00125-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department and Francis Soriano, | |
| Defendants. | |

On December 23, 2025, the Court held a hearing and extended discovery deadlines. This order sets those new deadlines.

**IT IS THEREFORE ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Expert disclosures: | January 30, 2026 |
| Rebuttal expert disclosures: | March 2, 2026[1] |
| Discovery cutoff: | March 31, 2026 |
| Dispositive motions: | May 1, 2026 |
| Joint pretrial order: | June 1, 2026[2] |

DATED: December 29, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] March 1, 2026, the date the Court previously set, is a Sunday. The Court therefore moves this deadline to March 2, 2026.

[2] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.