**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSE VILLANUEVA, an individual,

      Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and FRANCIS SORIANO, individually,

      Defendants.

CASE NO.   2:24-cv-00125-ART-DJA

**MOTION TO**
**~~NOTICE~~ OF DISASSOCIATION OF COUNSEL**

PLEASE TAKE NOTICE that ALYSSA N. PIRAINO, ESQ. is no longer associated with BREEDEN & ASSOCIATES, PLLC and should be removed from the Service List in this case. ADAM J. BREEDEN, ESQ. will remain as counsel for Plaintiff, JOSE VILLANUEVA.

Dated this 27th day of February, 2026.

**BREEDEN & ASSOCIATES, PLLC**

    */s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

DATED: 3/2/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2026, I served a copy of the foregoing legal document **NOTICE OF DISASSOCIATION OF COUNSEL** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>Lyssa S. Anderson, Esq.<br>Kristopher J. Kalkowski, Esq.<br>KAEMPFER CROWELL<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

*/s/ Kirsten Brown*

**KIRSTEN BROWN OF**
**BREEDEN & ASSOCIATES, PLLC**

2