**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE VILLANUEVA, an individual,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and FRANCIS SORIANO, individually,

Defendants.

CASE NO. 2:24-cv-00125-ART-DJA

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 95 & 96]**

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, JOSE VILLANUEVA, by and through his counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT and FRANCIS SORIANO, by and through their counsel of record Lyssa S. Anderson, Esq. and Kristopher J. Kalkowski, Esq. of KAEMPFER CROWELL (collectively, “Defendants”), by and through their respective counsel of record, as follows:

**WHEREAS**, on July 16, 2026, Defendant Francis Soriano filed his Motion for Summary Judgment (ECF No. 95), and Defendant Las Vegas Metropolitan Police Department filed its Motion for Summary Judgment (ECF No. 96) (collectively, the “Motions”);

**WHEREAS**, Plaintiff’s responses to the Motions are currently due on or before August 6, 2026;

**WHEREAS**, the Motions are extensive and fact-intensive, together spanning more than fifty pages of briefing and relying upon twenty-four separate exhibits, including multiple deposition

transcripts, six angles of surveillance and body-camera video footage, expert reports, use-of-force and internal-investigation records, LVMPD policies, and medical records, such that Plaintiff's counsel requires additional time to review the record in full and to prepare thorough and complete oppositions addressing the multiple independent grounds asserted in each Motion;

**WHEREAS**, the requested extension is further necessitated by the pre-existing case load and litigation obligations of Plaintiff's counsel during the current response period;

**WHEREAS**, the parties have met and conferred and Defendants do not oppose the requested extension of Plaintiff's response deadline;

**WHEREAS**, this is the first stipulation or request to extend Plaintiff's deadline to respond to the Motions, and it is made in good faith and not for the purpose of delay; and

**WHEREAS**, no party will be prejudiced by the brief extension of these deadlines, and no trial date or other pending deadline will be affected.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, as follows:

[remainder of page intentionally blank]

**IT IS FURTHER STIPULATED** that the deadline for Plaintiff to file his responses to Defendant Francis Soriano's Motion for Summary Judgment (ECF No. 95) and Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment (ECF No. 96) is extended from August 6, 2026 to August 20, 2026.

**IT IS SO STIPULATED AND AGREED.**

Dated this 6th day of August, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 6th day of August, 2026.

**KAEMPFER CROWELL**

*/s/ Kristopher J. Kalkowski, Esq.*

**LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 5781
**KRISTOPHER J. KALKOWSKI, ESQ.**
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: August 10, 2026