**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>Defendants. | Case No.: 2:24-cv-00125-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE REPLIES IN SUPPORT OF THE MOTIONS FOR SUMMARY JUDGMENT**<br><br>***First Request*** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Francis Soriano (collectively "LVMPD Defendants"), and Plaintiff Jose Villanueva stipulate and agree to extend the deadline for LVMPD Defendants to file Replies in support of the pending Motions for Summary Judgment, (ECF Nos. 95, 96), by ten days. The current deadline for LVMPD Defendants to file Replies is September 1 and 2, 2026. The new deadlines will be September 11, 2026.

Good cause supports this brief extension based on the numerous substantive topics to be addressed by the Replies. As the Court recently recognized when granting the parties' stipulation to extend Plaintiff's deadline to file Responses, the pending briefing is extensive and

fact-intensive such that counsel requires additional time to review the record in full and to prepare thorough and complete Replies. Further, the recent workload of LVMPD Defendants' counsel has had unexpected emergency needs in other matters, such as a recent motion and hearing for a temporary restraining order and an upcoming arbitration.

This stipulation arises in good faith, not for purposes of delay, and no party will be prejudiced by the brief extension of these deadlines because no trial date or other pending deadline will be affected.

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for Defendants Francis Soriano and Las Vegas Metropolitan Police Department***

BREEDEN & ASSOCIATES

*/s/ Adam J. Breeden*
ADAM J. BREEDEN
Nevada Bar No. 8768
ALYSSA PIRAINO
Nevada Bar No. 14601
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
ph: (702) 819-7770
***Counsel for Plaintiff***

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2026.

Anne R. Traum
United States District Judge