**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE VILLANUEVA,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

Defendants.

Case No.: 2:24-cv-00125-ART-DJA

**ORDER GRANTING**

**STIPULATION TO EXTEND THE DEADLINE TO FILE THE REPLY IN SUPPORT OF LVMPD DEFENDANTS' MOTION FOR RECONSIDERATION [ECF No. 113]**

***First Request***

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Francis Soriano (collectively "LVMPD Defendants") and Plaintiff Jose Villanueva stipulate and agree to extend the deadline for LVMPD Defendants to file a Reply in support of the pending Motion for Reconsideration, (ECF No. 113), by four days. The current deadline for LVMPD Defendants to file a Reply is Monday, November 9, 2026. The new deadline will be Friday, November 13, 2026.

Good cause supports this brief extension based on LVMPD Defendants' counsel recently being out of the office for a pre-planned Continuing Learning Education clinic and concurrent

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

briefing deadlines in other matters. This stipulation arises in good faith, not for purposes of delay.

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for Defendants Francis Soriano and Las Vegas Metropolitan Police Department***

BREEDEN & ASSOCIATES

*/s/ Adam J. Breeden*
ADAM J. BREEDEN
Nevada Bar No. 8768
ALYSSA PIRAINO
Nevada Bar No. 14601
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
ph: (702) 819-7770
***Counsel for Plaintiff***

**IT IS SO ORDERED.**

Dated this 12th day of November, 2026.



Anne R. Traum
United States District Judge